# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

FILED

2015 APR 29  A 11: 07

CLERK, US DISTRICT COURT
 DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal No. 5:15-cr-16-OC-10PRL |
| EVAN ROBERT BRANDIES | |

I, EVAN ROBERT BRANDIES, the above named defendant, who is accused of conspiracy to distribute oxycodone, a Schedule II controlled substance, in violation of 21, being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.   Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
EVAN ROBERT BRANDIES
Defendant

_____
ARTHUR WALLACE, ESQ.
Counsel for Defendant

Before _____
              Judicial Officer