UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE  DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 5:15-cr-16-Oc-10PRL

EVAN ROBERT BRANDIES

### MOTION BY THE UNITED STATES FOR
### REDUCTION OF DEFENDANT'S SENTENCE

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, the United States moves this Court to grant a four-level reduction in the defendant's offense level, and in support thereof states as follows:

The defendant cooperated with the Drug Enforcement Administration in investigations of drug trafficking in Tampa and Ocala, Florida.  The defendant provided proactive assistance and gave timely and truthful information about drug trafficker Jason Warnick, aka "Montana."  The defendant's assistance furthered DEA's investigation, which ultimately resulted in the successful arrest and prosecution of Warnick.  Mr. Warnick was indicted by a federal grand jury, has pleaded guilty, and is awaiting sentencing in Case Number 5:14-cr-00041-Oc-10PRL.

### MEMORANDUM OF LAW

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance.  USSG §5K1.1.  The

defendant provided assistance to the United States, which led to the prosecution of a suspect in federal court.

The United States believes that, because of his efforts on behalf of the United States, the defendant should receive a four-level reduction in his offense level for his assistance.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for reduction of sentence.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney


By:     *s/ Michael J. Coolican*
        MICHAEL J. COOLICAN
        Assistant United States Attorney
        USA No. 156
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:      (904) 301-6300
        Facsimile:      (904) 301-6310

**USA v. Evan Robert Brandies**                    **Case No. 5:15-cr-16-Oc-10PRL**


## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this <u>9th</u> day of July, 2015, I electronically filed

the foregoing with the Clerk of the Court by using the CM/ECF system which will

send a notice of electronic filing to the following:

ARTHUR L. WALLACE, III, Esq.


*s/ Michael J. Coolican*
MICHAEL J. COOLICAN
Assistant United States Attorney

3