# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 5:15-cr-16-Oc-10PRL

**EVAN ROBERT BRANDIES**  AUSA: Michael Coolican
Deft. Atty.: Arthur L. Wallace, III

| Judge | Wm. Terrell Hodges | Date and Time | November 19, 2015<br>03:30 pm - 04:50 pm<br>(1 Hour 20 Minutes) |
| --- | --- | --- | --- |
| Deputy Clerk | Mari Jo Taylor | Reporter | Dennis Miracle |
| Interpreter | None required | Probation: | Katrina Clark |

## CLERK'S MINUTES - SENTENCING HEARING

Defendant is adjudged guilty on Count One of the Information

The Government's motion to reduce sentence is granted. (Docket entry #19)

IMPRISONMENT: remanded to the custody of the Bureau of Prisons for a term of 84 months

Court Recommends: that defendant be designated for service of the commitment component of the sentence at FCC Coleman, Florida and participate in substance abuse and/or alcohol treatment during term of commitment.

Supervised Release: 3 years

Special Conditions of Supervised Release are:

1. The defendant shall cooperate in the collection of DNA, as directed by the Probation Officer.

Fine and costs of imprisonment/supervision: Waived

Special Assessment: $100.00

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons. The execution of the commitment component is deferred until notified by the Bureau of Prisons and/or the United States Marshal.

Defendant is advised of right to appeal and to counsel to appeal